AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:25 CR 40 (3) |
| ERNEST D. CHAVEZ ET AL | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __CARTER GORDON FAWCETT__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

[SEE ATTACHED INDICTMENT]

Date: __4/23/25__    _____[signature]_____
                                    *Issuing officer's signature*

City and state: __CINCINNATI, OHIO__    Richard W. Nagel, Clerk, U.S. District Court
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____    _____
                                    *Arresting officer's signature*

                            _____
                                    *Printed name and title*